1  **John M. Wolfe**
2  **5450 Trabuco Road**
   **Irvine, CA 92620**
3  **Ph (949) 476-2696**
   **Fx (949) 476-0106**
4
5  **wolfetrustee@gmail.com**

6
7                     **UNITED STATES BANKRUPTCY COURT**
8                     **CENTRAL DISTRICT OF CALIFORNIA**
9                            **SANTA ANA DIVISION**
10
11 **In re:**                              )   Case No. 8:09-bk-20085 ES
                                           )   Chapter 7
12 **JACKIE WALTERS**                      )
                                           )   **REPORT OF TRUSTEE UNDER**
13                                         )   **FEDERAL RULE OF BANKRUPTCY**
                                           )   **PROCEDURE 3011**
14                                         )
                                           )
15           **Debtor(s).**                )
                                           )
16 _____)

17              **TO THE CLERK OF THE ABOVE-ENTITLED COURT**

18     Please find annexed hereto Check No.<u>101</u> in the sum of $<u>111,103.62</u> representing the total

19 amount of unclaimed dividends in the above-entitled debtor's estate which will create a zero

20 balance in the bank account.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.

21 The name and address of the Party entitled to said unclaimed dividend is as follows:

22 See attached list
23

24
25 Dated: March 30, 2016                          /s/ John M. Wolfe
                                                  John M. Wolfe, Chapter 7 Trustee
26
27
28

| Claim No | Claim Name | Claim Address | | Dividend |
|---|---|---|---|---|
| 13 | Bank of America Card | 4060 Ogletown/Stanton Rd | Newark, DE 19714 | $25,199.00 |
| 13 Interest | Bank of America Card | 4060 Ogletown/Stanton Rd | Newark, DE 19714 | $581.86 |
| 14 | Bank of America Card | 4060 Ogletown/Stanton Rd | Newark, DE 19714 | $37,199.00 |
| 14 Interest | Bank of America Card | 4060 Ogletown/Stanton Rd | Newark, DE 19714 | $858.94 |
| 15 | Citi Cards | PO Box 689106 | Des Moines, IA 50368 | $2,639.00 |
| 15 Interest | Citi Cards | PO Box 689106 | Des Moines, IA 50368 | $60.94 |
| 16 | Great Clips Inc. | 7700 France Ave S. Suite 425 | Minneapolis, MN 55435 | $5,320.00 |
| 16 Interest | Great Clips Inc. | 7700 France Ave S. Suite 425 | Minneapolis, MN 55435 | $122.84 |
| 17 | Sears Card | PO Box 688957 | Des Moines, IA 50368-8957 | 13,299.00 |
| 17 Interest | Sears Card | PO Box 688957 | Des Moines, IA 50368-8957 | $307.08 |
| 18 | U.S. Dept of Education | PO Box 5609 | Greenville, TX 75403 | 9,904.00 |
| 18 Interest | U.S. Dept of Education | PO Box 5609 | Greenville, TX 75403 | $228.69 |
| Surplus | JACKIE WALTERS | 2167 W. Crestwood Ln | Anaheim, CA 92804 | $15,383.27 |